**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 29, 2005

# NOTICE OF REASSIGNMENT

Re:   Employers Mutual Casualty Company v. Versatile Builders, Inc., et al.
      Civil Action No. #2:05-cv-00789-CSC

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #2:05-cv-00789-MHT-CSC.  This new case number should be used on all future correspondence and pleadings in this action.