*Employer*

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent<br>☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br>*Maria Elena Roman*    8 26 05 |
| 1. Article Addressed to:<br><br>Versatile Builders, Inc.<br>c/o Registered Agent Marie Robertson<br>1116 Old Section Road Southeast<br>Birmingham, Alabama 35244<br><br>2·05 CV 789 (Cmpl summ 20 dys) | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 2260 0002 8704 4612 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540