IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **EMPLOYERS MUTUAL CASUALTY COMPANY, etc.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv789-T (WO) |
| **VERSATILE BUILDERS, INC., et al.,** | ) ) ) | |
| Defendants. | ) | |

**ORDER**

It being apparent that this case should have been brought in the United States District Court for the Northern District of Alabama, it is ORDERED as follows:

(1) Plaintiff's motion to transfer venue (Doc. No. 3) is granted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

**The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

**DONE, this the 30th day of August, 2005.**

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**