Employers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Heidi Bloomston
    3721 Shamley Circle
    Mountain Brook, Alabama 35223

2:05CV789 (Cmp/summ 20 dys)

2. Article Number
   (Transfer from service label)        7003 2260 0002 8704 4629

PS Form 3811, August 2001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent
                         ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 8/29/05
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt          102595-02-M-1540

---

Employers

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Julius Bloomston
    3721 Shamley Circle
    Mountain Brook, Alabama 35223

2:05CV789 (Cmp + summ 20 dys)

2. Article Number
   (Transfer from service label)        7003 2260 0002 8704 4636

PS Form 3811, August 2001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent
                         ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery 8/29/05
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Domestic Return Receipt          102595-02-M-1540